# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147889

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ROBERT S. ZUCKER,
        Plaintiff-Appellant,

v

SC: 147889
COA: 308470
Oakland CC: 2011-120950-NO

MARK A KELLEY, MELODY BARTLETT,
NANCY SCHLICHTING, PAUL E. LACASSE,
BOTSFORD HOSPITAL, PIERSON MEDICAL
DIRECTOR, HENRY FORD HOSPITAL and
HENRY FORD HEALTH SYSTEM,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the July 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

t1216